# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RONNIE LEE MCDANIEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 09-7 (RMC)** |
| | ) | |
| **CATHY L. LANIER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION

This matter is before the Court on defendant Cathy L. Lanier's motion to dismiss the amended complaint [Dkt. # 6]. Ms. Lanier asserts that "Plaintiff's claims are so attenuated and unsubstantiated as to be devoid of merit" or, as an alternative, are "barred by the public duty doctrine." Def.'s Mem. of P. & A. at 1. By Order of March 4, 2009 [Dkt. # 7], the Court directed Mr. McDaniel to respond to Ms. Lanier's motion by April 9, 2009, and advised of the consequences if he did not. Mr. McDaniel has neither responded nor sought additional time to do so. The Court therefore will grant Ms. Lanier's motion to dismiss as conceded. A separate Order of dismissal accompanies this Memorandum Opinion.

/s/

ROSEMARY M. COLLYER
United States District Judge

Date: June 10, 2009